UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SWEETS,<br>Plaintiff,<br>v.<br>ANTIOCH POLICE DEPARTMENT, et al.,<br>Defendants. | Case No. 24-cv-09275-VC<br>**ORDER TO SHOW CAUSE** |

Michael Sweets, a state prisoner currently incarcerated at Calipatria State Prison and former pretrial detainee at West County Detention Facility in Contra Costa County, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. The court served Sweet's cognizable section 1983 claim against officer Cruz Guzman and his cognizable Bane Act claim against Cruz Guzman and the Antioch Police Department. Dkt. No. 11. The court then stayed the case until the resolution of his criminal proceedings. Dkt. No. 18. The court later lifted the stay and set a briefing schedule after Sweets was convicted by plea and moved to lift the stay. Dkt. No. 21. On March 9, 2026 a letter from Sweets was filed asking that the case be "postponed [un]til at least May 7 of 2026" because he was set to be released on April 7, 2026 and he needed time to seek counsel and prepare for the case. Dkt. No. 23.

Defendants' filed a motion for summary judgment on March 11, 2026. Dkt. No. 24. The defendants noticed the court and all parties that on April 6, 2026 their motion was returned with the words "RTS USB isn't allowed in mail" written on the envelope. Dkt. No. 25. After calling the prison to facilitate resubmission on April 7, 2026 they were notified that Sweets was released

from prison that day. *Id.* On April 21, 2026 the defendants also sent a response to Sweets' letter agreeing to stay the case until May 7, 2026. Dkt. No. 26.

Since his letter filed March 9, 2026 requesting a stay of proceedings, Sweets has not communicated with this court. Defendants have been unable to serve Sweets because he has not updated his address of record.

Thus, Sweets is ordered to show cause why his case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). A written response is due within 28 days of the date of this order. If no response is received, the court will dismiss the complaint.

**IT IS SO ORDERED.**

Dated: August 26, 2026

VINCE CHHABRIA
United States District Judge