UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SWEETS,<br>Plaintiff,<br>v.<br>ANTIOCH POLICE DEPARTMENT, et al.,<br>Defendants. | Case No. 24-cv-09275-VC<br><br>**ORDER OF DISMISSAL** |

Michael Sweets, a state prisoner currently incarcerated at Calipatria State Prison and former pretrial detainee at West County Detention Facility in Contra Costa County, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. No. 1. The court served Sweet's cognizable section 1983 claim against officer Cruz Guzman and his cognizable Bane Act claim against Cruz Guzman and the Antioch Police Department. Dkt. No. 11. The court then stayed the case until the resolution of his criminal proceedings. Dkt. No. 18. The court later lifted the stay and set a briefing schedule after Sweets was convicted by plea and moved to lift the stay. Dkt. No. 21. On March 9, 2026 a letter from Sweets was filed asking that the case be "postponed [un]til at least May 7 of 2026" because he was set to be released on April 7, 2026 and he needed time to seek counsel and prepare for the case. Dkt. No. 23.

Months later, the court issued an order to show cause as to why his case should not be dismissed without prejudice for failure to prosecute after receiving no communication from Sweet since his March 9, 2026 letter. Dkt. No. 27. This mail was returned as undeliverable. Dkt. No. 29.

The time to respond to the court's order has passed and Sweets has not communicated with the court. Thus, his case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall enter a separate judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2026

VINCE CHHABRIA
United States District Judge